UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HYUNDAI FIRE & MARINE INSURANCE
CO. LTD. a/s/o MX ENTERPRISE SYSTEMS,
INC.,

                Plaintiff,

     -against-

XIAMEN OCEAN SHIPPING CO.,

                Defendant.
-------------------------------------------------------X

08 CV 5721 (DC)
ECF CASE

**FRCP RULE 7.1
DISCLOSURE STATEMENT**

NOW comes plaintiff HYUNDAI FIRE & MARINE INSURANCE CO., LTD. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

HYUNDAI FIRE & MARINE INSURANCE CO., LTD. is a publicly traded company on the Korea Stock Exchange.

Dated: New York, New York
       June 25, 2008
       101-71

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

                By: _____
                              Christopher M. Schierloh (CS-6644)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              212-286-0225
                              cms@caseybarnett.com